## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THOMAS E. PEREZ, Secretary of Labor, | § | |
| United States Department of Labor, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:12-CV-01210-XR |
| | § | |
| PCXAC, LLC d/b/a CHINA SEA #1, | § | |
| CHINA SEA #2 and CHINA SEA #3; | § | |
| XXT INVESTMENT, LLC d/b/a CHINA SEA #1, | § | |
| CHINA SEA #2 and CHINA SEA #3; | § | |
| XAC'S INVESTMENT COMPANY d/b/a CHINA | § | |
| SEA #1, CHINA SEA #2 and CHINA SEA #3; | § | |
| WKHK INVESTMENT, LLC d/b/a CHINA SEA | § | |
| #1, CHINA SEA #2 and CHINA SEA #3; | § | |
| DLKJ INVESTMENTS, INC. d/b/a CHINA SEA | § | |
| #1, CHINA SEA #2 and CHINA SEA #3; and | § | |
| PETER XAC, Individually, | § | |
| | § | |

### JOINT ADVISORY TO COURT

TO THE HONORABLE XAVIER RODRIGUEZ:

Plaintiff Thomas E. Perez, Secretary of Labor and Defendants, PCXAC, LLC, XXT Investments, LLC, XAC'S Investment, LLC, WKHK Investment, LLC, DLKJ Investments, Inc. and Peter Xac, Individually, jointly file the following advisory to the Court:

Pursuant to the order issued by the Court on January 28, 2015, the parties jointly advise the Court as follows:

1. There are no outstanding jurisdictional issues in this matter.

2. There are no unserved parties in this matter.

3. The Plaintiff has asserted that the Defendants failed to pay their employees the federally mandated minimum wage, failed to pay overtime as required by law, and made unlawful deductions from employees' pay. The Defendants have denied the allegations of the Plaintiff, but have not asserted any counterclaims.

4.      The parties will be able to stipulate to enterprise status of the Defendants, the applicability of the Fair Labor Standards Act in this matter and that several of the Defendants were engaged, through unified operation of common control, in the performance of related activities for a common business purpose.   Additionally, Defendants stipulate that Individual Defendant, Peter Xac, is an employer under the Act.

5.      The parties have exchanged written discovery requests and produced documents. Plaintiff has deposed the representatives of the Defendant corporate entities, the individual Defendant Peter Xac, the Defendants' accountant and former manager.

6.      No discovery disputes exist at this time.

7.      The parties do not believe that an order pursuant to Federal Rule of Evidence 502 is necessary at this time.

8.      The parties are attending mediation with Magistrate Pamela Mathy on March 3, 2015, and are optimistic that this matter will be resolved through the mediation process.

Respectfully Submitted,

M. PATRICIA SMITH
Solicitor of Labor

JAMES E. CULP
Regional Solicitor

U.S. Department of Labor                    MARGARET TERRY CRANFORD
Office of the Solicitor                     Counsel for Wage and Hour
525 Griffin Street, Suite 501
Dallas, Texas 75202                         By:
Telephone: (972) 850-3100
Facsimile:  (972) 850-3101                  /s/ Karla Jackson Edwards_____
                                            KARLA JACKSON EDWARDS
                                            Texas State Bar No. 24041172
                                            edwards.karla.j@dol.gov

                                            ZAIRA FINE
                                            Texas State Bar No. 24072469
                                            fine.zaira.g@dol.gov

RSOL Case Nos. 12-00922; 12-00928; 12-00953    Attorneys for Plaintiff

*/s/ Josef F. Buenker*
Josef F. Buenker
TBA No. 03316860
1201 Prince Street
Houston, Texas  77008
713-868-3388 Telephone
713-683-9940 Facsimile
ATTORNEY-IN-CHARGE
FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2015, I electronically filed a copy of the foregoing Joint Advisory to Court and served it by electronic transmission on all counsel of record through the Court's CM/ECF system.

*/s/ Josef F. Buenker*
Josef F. Buenker